JOHN CARAVICH, Respondent, v. CONSOLIDATED GAS COMPANY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

UNITED STATES TRUST COMPANY OF NEW YORK, as Ancillary Administrator of FREDERICK WESCHE, Deceased, etc., Appellant, v. ERNEST T. GREINER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BROADWAY-94TH STREET REALTY CO., INC., and Another, Respondents, v. WILLIAM E. WALSH and Others, Constituting the Board of Appeals of the City of New York, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

CENTURY FINANCE CORPORATION, Respondent, v. 615 WEST 57TH STREET, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

IRVING NATIONAL BANK, NEW YORK, Respondent, v. CESSARE BIANCHI, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

FRANCIS WHITE, an Infant, by His Guardian ad Litem, WILLIAM WHITE, Respondent, v. TODD, IRONS & ROBERTSON, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

WILLIAM WHITE, Respondent, v. TODD, IRONS & ROBERTSON, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

GEORGE H. BENSEN, Appellant, v. GEORGE W. FANNING and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

JAMES F. MEEHAN, Plaintiff, v. MICHAEL KAUFMAN, Appellant, and JAMES J. SUMMERS and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

ISABELLE TOOTH, Respondent, v. CATHERINE SIPP, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

ALEXANDER TOOTH, Respondent, v. CATHERINE SIPP, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.